UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE RAY JOHNSON,

        Plaintiff,                    No. C12-0646 PJH

  v.                                 **ORDER OF DISMISSAL**

CALIFORNIA DEPARTMENT OF CORRECTIONS, et. al.

        Defendants.
_____/

The court having dismissed the complaint on April 20, 2012, with leave to amend, and the plaintiff having failed to file an amended complaint by the May 18, 2012 deadline set by the court, the action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: June 1, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge