UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA BIALLA,

        Plaintiff(s),                        No. C 12-0262 PJH

    v.                                 **JUDGMENT**

BANK OF AMERICA, N.A., et al.,

        Defendant(s).
_____/

       The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

       it is Ordered and Adjudged

       that plaintiff take nothing, and that the action be dismissed.

       IT IS SO ORDERED.

Dated: June 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge